No. 11–5022. ALEXANDER v. ASTRUE, COMMISSIONER OF SO-
CIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 11–5023. BIGGS v. MISSOURI. Sup. Ct. Mo. Certiorari de-
nied.

No. 11–5025. ARNOLD v. MALLON ET AL. C. A. 8th Cir. Cer-
tiorari denied.

No. 11–5026. BOWLING v. PARKER, WARDEN. Sup. Ct. Ky.
Certiorari denied.

No. 11–5027. ANDREWS v. MISSOURI. Sup. Ct. Mo. Certiorari
denied.

No. 11–5028. BELCHER v. SEXTON, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 11–5029. BUFFINGTON v. THALER, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS
DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–5030. BOWERS v. UNITED STATES. C. A. 8th Cir. Cer-
tiorari denied.

No. 11–5031. ANDRES v. MCKEE, WARDEN. C. A. 6th Cir.
Certiorari denied.

No. 11–5032. POPE v. BERNARD ET AL. C. A. 1st Cir. Certio-
rari denied.

No. 11–5033. TJANDRA v. HOLDER, ATTORNEY GENERAL.
C. A. 9th Cir. Certiorari denied.

No. 11–5034. NICKOLS, AKA TERRITO v. MORRIS ET AL. C. A.
5th Cir. Certiorari denied.

No. 11–5035. POOLE v. UNITED STATES. C. A. 6th Cir. Cer-
tiorari denied.

No. 11–5036. SANCHEZ v. UNITED STATES. C. A. 2d Cir. Cer-
tiorari denied.

No. 11–5037. ROMERO-CAMACHO v. UNITED STATES. C. A. 5th
Cir. Certiorari denied.